**ORIGINAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RECEIVED
NOV 12 2003
U.S. MAGISTRATE JUDGE

THE WINFIELD COLLECTION LIMITED,

    Plaintiff-Counter Defendant,

v.

GEMMY INDUSTRIES CORPORATION,

    Defendant-Counter Plaintiff.

Civil Action No. 02-cv-40249

Honorable Paul V. Gadola

Magistrate Judge Donald A. Scheer

---

| | |
|---|---|
| ROBERT C.J. TUTTLE (P25222)<br>JOHN E. NEMAZI (P33285)<br>ROBERT C. BRANDENBURG (P28660)<br>Brooks & Kushman, PC<br>1000 Town Center<br>Twenty-Second Floor<br>Southfield, Michigan 48075<br>Telephone: 248-358-4400<br>Facsimile: 248-358-3351<br><br>*Attorneys for Plaintiff-Counter Defendant*<br>*The Winfield Collection Limited* | RICHARD W. HOFFMANN (P42352)<br>Warn, Burgess & Hoffmann, PC<br>691 North Squirrel Road<br>Suite 140<br>Auburn Hills, Michigan 48326<br>Telephone: 248-364-4300<br>Facsimile: 248-364-4285<br><br>JAMES G. FLAHERTY<br>Anderson Byrd Richeson Flaherty & Henrichs<br>216 S. Hickory, PO Box 17<br>Ottawa, Kansas 66067<br>Telephone: 785-242-1234<br>Facsimile: 785-242-1279<br><br>*Attorneys for Defendant-Counter Plaintiff*<br>*Gemmy Industries Corporation* |

---

### ORDER REGARDING DEFENDANT/COUNTER PLAINTIFF GEMMY INDUSTRIES' MOTION FOR LEAVE TO AMEND COUNTERCLAIM

Defendant/Counter Plaintiff Gemmy Industries', having moved for leave to amend its Counterclaim, and the Court, having conducted a hearing on the matter on November 4, 2003, enters the following Order:

IT IS HEREBY ORDERED

1.    Defendant/Counter Plaintiff Gemmy Industries' Motion is GRANTED;

2.    Defendant/Counter Plaintiff Gemmy Industries shall have five (5) days after entry of this Order to serve and file with the Court its First Amended Counterclaim;

1

3. Plaintiff/Counter Defendant The Winfield Collection shall have thirty (30) days from the date of this Order to file with the Court any Motion to Dismiss the Counterclaim or any Motion for Summary Judgment related to the amendment to the Counterclaim; and

4. Winfield indicated that no discovery regarding the Amended Counterclaim is required. No pretrial dates are changed by this Order.

IT IS SO ORDERED.

*/s/ Donald C. Scheer*
MAGISTRATE JUDGE DONALD A. SCHEER
UNITED STATES DISTRICT COURT

Dated: 11/12/03

Approved as to Form:

by */s/ Robert C. Brandenburg by Richard with permission*
ROBERT C. BRANDENBURG (P28660)
JOHN E. NEMAZI (P33285)    11/12/03
ROBERT C. J. TUTTLE (P25222)
Brooks & Kushman, PC
1000 Town Center
Twenty-Second Floor
Southfield, Michigan 48075
Telephone: 248-358-4400
Facsimile: 248-358-3351

*Attorneys for Plaintiff-Counter Defendant
The Winfield Collection Limited*

Dated: 11/12/03

by */s/ Richard W. Hoffmann*
RICHARD W. HOFFMANN (P42352)
Warn, Burgess & Hoffmann, PC
691 North Squirrel Road
Suite 140
Auburn Hills, Michigan 48326
Telephone: 248-364-4300
Facsimile: 248-364-4285

JAMES G. FLAHERTY
Anderson Byrd Richeson Flaherty & Henrichs
216 S. Hickory, PO Box 17
Ottawa, Kansas 66067
Telephone: 785-242-1234
Facsimile: 785-242-1279

*Attorneys for Defendant-Counter Plaintiff
Gemmy Industries Corporation*

Dated: 11/12/03

2